## Tax Review Board *v.* Bankers Securities Corporation, Appellant.

Argued June 21, 1966; reargument refused August 26, 1966. *William A. Kelley, Jr.,* with him *Folz, Bard, Kamsler, Goodis & Greenfield,* for appellant; *Matthew W. Bullock, Jr.,* Second Deputy City Solicitor, with him *Louis Kattelman,* Assistant City Solicitor, *Levy Anderson,* First Deputy City Solicitor, and *Edward G. Bauer, Jr.,* City Solicitor, for board, appellee.

PER CURIAM: The six judges who heard the argument of this appeal being equally divided in opinion, the judgment of the court below is affirmed.

SPAULDING, J., absent.